UNITED STATES of America,
Plaintiff–Appellee,

v.

Stephanie Guerrero CRUZ,
Defendant–Appellant.

No. 04–10823.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided June 21, 2006.

Jeffrey Robert, HAAG, U.S. Attorney's Office Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

Jerry V. Beard, Assistant Federal Public Defender, Federal Public Defender's Office Northern District of Texas, Lubbock, TX, for Defendant–Appellant.

Before STEWART, DENNIS, and OWEN, Circuit Judges.

PER CURIAM: *

Stephanie Guerrero Cruz, former federal prisoner # 24616–180, appeals the 18–month sentence she received after her term of supervised release was revoked. Given that Cruz has been released from prison and is not serving a term of supervised release, her appeal is moot. *See Spencer v. Kemna*, 523 U.S. 1, 12–18, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998); *United States v. Clark*, 193 F.3d 845, 847–48 (5th Cir.1999).

APPEAL DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.